EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                         | 2003 TSPR 153     |
|                                                                |                   |
| Medidas Especiales para la Extensión de Términos por Motivo de Luto Nacional | 160 DPR _____     |

Número del Caso: EM-2003-7

Fecha: 22 de octubre de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para la
Extensión de Términos por
Motivo de Luto Nacional          EM-2003-7

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de octubre de 2003

Debido a la muerte del Hon. Luis A. Ferré, Ex-Gobernador del Estado Libre Asociado de Puerto Rico --y al igual que lo dispuesto por la Hon. Sila María Calderón, Gobernadora del Estado Libre Asociado de Puerto Rico, quien ha concedido libre el viernes 24 de octubre de 2003, con cargo a licencia de vacaciones, a los empleados de la Rama Ejecutiva-- la Rama Judicial también concede dicho día libre a sus empleados, con cargo a licencia de vacaciones, para que puedan unirse al homenaje póstumo de este distinguido puertorriqueño.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 24 de octubre de 2003, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 27 de octubre, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                    Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo